IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01989-BNB

MANUEL S. TOVAR,

    Plaintiff,

v.

WELD COUNTY SHERIFF JOHN COOKE,
JOHN DOE, COUNTY COMMISSIONERS, and
JANE DOE, COUNTY COMMISSIONERS,

    Defendants.

## MINUTE ORDER

    This matter is before the Court on Plaintiff's "Motion to Amend," (Doc. # 4). Plaintiff requests leave to submit additional facts to be added to his original Complaint. Prior to a responsive pleading being served, a Plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a). If Plaintiff desires to amend his Complaint to include additional facts, he may do so. However, he must submit the Amended Complaint on a Court-approved form and it must contain all claims, named parties, and requests for relief. Therefore, the Motion (Doc. # 4) will be DENIED as unnecessary.

    Plaintiff shall have thirty days from the date of the instant Minute Order to file an Amended Complaint. If he fails to file an Amended Complaint within thirty days, the Court will proceed to review the merits of the Complaint submitted to the Court on August 21, 2009. The Clerk of the Court is directed to send to Plaintiff two copies of the Prisoner Complaint form. Accordingly, it is

    ORDERED that if Plaintiff, Manuel Sanchez Tovar, intends to amend his complaint, he must file **within thirty (30) days from the date of this order** an amended complaint on the Court-approved form. It is

    FURTHER ORDERED that the amended complaint shall be titled "Amended Prisoner Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Tovar, together with a copy of this order, two copies of the following form to be used in submitting the amended complaint: Prisoner Complaint. It is

FURTHER ORDERED that Plaintiff's "Motion to Amend," (Doc. # 4) is DENIED as unnecessary.

Dated: September 3, 2009